IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RYAN PETERSEN, et al.,

        Plaintiffs,

  v.

MILDRED BROWNE, individually and in her official capacity, et al.,

        Defendants.
_____/

No. C 12-03607 RS

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

Pursuant to the parties' recent stipulation to proceed before a United States Magistrate Judge, this case is hereby referred back to Magistrate Judge Elizabeth D. Laporte for all further proceedings. Counsel are instructed that all future filings shall bear the initials EDL immediately after the case number. All dates presently scheduled are vacated and any pending motions should be renoticed for hearing before Magistrate Judge to whom the case has been reassigned. Briefing schedules remain unchanged. *See* Civil L.R. 7-7(d).

IT IS SO ORDERED.

Dated: 8/20/12

                          RICHARD SEEBORG
                          UNITED STATES DISTRICT JUDGE