IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN PETERSEN, MICHAEL P. PETERSEN, and RANDI PETERSEN,

        Plaintiffs,

  v.

MILDRED BROWNE, *et al.*,

        Defendants.

        /

No. C 12-3607 SI

**JUDGMENT**

    The Court has dismissed the first amended complaint without leave to amend. Judgment is hereby entered against plaintiffs and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 15, 2013

                                SUSAN ILLSTON
                                United States District Judge