IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RYAN PETERSEN, MICHAEL P. PETERSEN, and RANDI PETERSEN

    Plaintiffs,

  v.

MILDRED BROWNE, *et al.*,

    Defendants.
_____ /

No. C 12-3607 SI

**ORDER RE: PLAINTIFFS' APRIL 15, 2013 FILING**

      On April 15, 2013, plaintiffs filed a "Clarification Declaration of Randi Petersen." Dkt. 62. Earlier that same day, the Court granted defendants' motion to dismiss the first amended complaint and entered judgment against plaintiffs. Dkts. 58, 59. Ms. Petersen's declaration states, *inter alia*, that "PLAINTIFFS believe the facts of this case appear to invalidate the Court's 1/16/13 *res judicata* dismissal . . . ." Dkt. 62 at 2:3-4. In an order filed January 16, 2013, the Court dismissed many of plaintiffs' claims as barred by *res judicata*, for not stating a cause of action, or as incomprehensible, and granted leave to amend the RICO claim. Dkt. 43. In an order filed March 6, 2013, the Court denied plaintiffs' motion for reconsideration of the January 16, 2013 order. Dkt. 54.

      The April 15, 2013 declaration repeats the same arguments plaintiffs have raised throughout this lawsuit. To the extent the April 15, 2013 declaration is construed as a motion for reconsideration of the January 16, 2013 order, the motion is DENIED for the reasons set forth in the March 6, 2013 order. To the extent the declaration was filed in opposition to defendants' motion to dismiss the first amended

complaint, the declaration is untimely. Finally, to the extent the April 15, 2013 filing is construed as a motion to alter or amend the Court's judgment entered earlier that day, the motion is DENIED.

**IT IS SO ORDERED.**

Dated: April 18, 2013

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE