IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN PETERSEN, MICHAEL P. PETERSEN, and RANDI PETERSEN,<br><br>            Plaintiffs,<br><br>   v.<br><br>MILDRED BROWNE, *et al.*,<br><br>            Defendants.<br>_____/ | No. C 12-3607 SI<br><br>**ORDER FINDING PLAINTIFFS' MOTION FOR APPEAL EXTENSION TO BE MOOT** |

On April 25, 2013, plaintiffs filed a "motion for appeal extension due to plaintiffs not receiving the Court's 3/6/13 order timely." Docket No. 64. That same day, plaintiffs filed a notice of appeal of the judgment, the April 15, 2013 Order Granting Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Without Leave to Amend, and the March 6, 2013 Order Denying Plaintiffs' Motion for Reconsideration. Since plaintiffs have filed a timely notice of appeal, plaintiffs do not need an extension of time and the Court finds plaintiffs' motion for extension of time to be moot. This order resolves Docket No. 64.

Since plaintiffs have appealed, **jurisdiction of this case has transferred to the Court of Appeals for the Ninth Circuit**. All questions, comments or pleadings concerning this case should now be directed to the Court of Appeals, and plaintiffs should not contact the Clerk's Office of this Court any further until the appeal is resolved.

**IT IS SO ORDERED.**

Dated: April 30, 2013

SUSAN ILLSTON
United States District Judge